# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 0419 3:20CR00281-001 |
| Joshua Ray Rivera | ) |
| | ) USM No: 35012-058 |
| Date of Original Judgment: 10/27/2021 | ) |
| Date of Previous Amended Judgment: | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 168 months **is reduced to** 151 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 11/2/2021, shall remain in effect.

**IT IS SO ORDERED**.

Signed: May 21, 2024

Frank D. Whitney
United States District Judge

Effective Date:
*(if different from order date)*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Joshua Ray Rivera
CASE NUMBER: 0419 3:20CR00281-001
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 31    Amended Total Offense Level: 31
Criminal History Category: V    Criminal History Category: IV
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 151 to 188 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant is eligible for a sentence reduction under Amendment 821 to the United States Sentencing Guidelines because his original criminal history score included two "Status Points." Under amended § 4A1.1(e) of the Guidelines, Defendant scores only one "Status Point" instead of two, dropping his criminal history category from V to IV. Further, the Court finds an amended sentence of 151 months is sufficient but not greater than necessary to serve the purposes of sentencing under 18 U.S.C. § 3553(a).